```
                                              ┌─────────────────────────────┐
                                              │ USDC SDNY                   │
                                              │ DOCUMENT                    │
          UNITED STATES DISTRICT COURT        │ ELECTRONICALLY FILED        │
          SOUTHERN DISTRICT OF NEW YORK       │ DOC #:_____         │
                                              │ DATE FILED: 2/19/2015       │
                                              └─────────────────────────────┘
```

---------------------------------------x
STRIVECTIN OPERATING COMPANY, )
INC., a Delaware Corporation;  )
                               )
        Plaintiff,              )       (PROPOSED) ORDER FOR
v.                             )        DISMISSAL WITH PREJUDICE
                               )
NOMORERACK.COM, INC., a Delaware )
Corporation and JOHN DOES I-X; )        Civil Action No. 14-CV-8746
                               )
        Defendants.             )
---------------------------------------x

Plaintiff StriVectin Operating Company, Inc. ("Plaintiff"), having commenced this action against Defendant Nomorerack.com, Inc. ("Defendant"), and the Defendant having raised affirmative defenses against Plaintiff, and it being so agreed by and between the parties, it is

**ORDERED AND ADJUDGED** that:

1. This Court has federal jurisdiction over the subject matter of this action and the parties under §39 of the Federal Trademark Act, 15 U.S.C. §§1116 and 1121, and the Judicial Code, 28 U.S.C. §§1331, 1332, 1338 and 1400(a). This Court has supplemental jurisdiction over the remaining state law claims alleged pursuant to 28 U.S.C. §1367.

2. The claims of this action having been resolved pursuant to a Settlement Agreement and Mutual Release dated February _9_, 2015, the above action is hereby dismissed with prejudice as between the parties, and the parties shall bear their own costs and legal fees.

| STRIVECTIN OPERATING COMPANY, INC. | NOMORERACK.COM, INC. |
|---|---|
| By: | By: |
| Jason Kerr, Esq. | Lauren Dayton, Esq. |
| Price, Parkinson & Kerr, PLLC | Cliff Schneider, Esq. |
| 5742 West Harold Gatty Drive | 275 Madison Avenue, Suite 1905 |
| Salt Lake City, Utah 84116 | New York, New York 10016 |
| Telephone: (201) 725 5310 | Telephone: (212) 365 8600 |
| jasonkerr@ppktrial.com | laurenmkohn@yahoo.com |

8

-and-

Daniel P. Simpson, Esq.
John B. Newman, Esq.
Daniel Cohen, Esq.
Newman & Simpson, LLP
The Armour Building
32 Mercer Street
Hackensack, New Jersey 07601-5608
Telephone: (201) 487-0200
Facsimile: (201) 487-8570
dsimpson@newmansimpson.com
jnewman@newmansimpson.com
dcohen@newmansimpson.com

Date: February 16, 2015

*Attorneys for Plaintiff Strivectin Operating Company, Inc.*

cschneider@cohenschneider.com

Date: February 6, 2015

*Attorneys for Defendant Nomorerack.com, Inc.*

**SO ORDERED:**

Date: February 19, 2015
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

9